IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                              **4:14-CR-00243-01-JM**

**GLENN LAMAR MCCLINTON**

### ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 45) is DENIED.

Applying retroactive Guidelines Amendment 821 does not change Defendant's applicable guideline range. His criminal history score goes from 11 to 10, but his criminal history category remains V, which means his applicable guideline range has not changed.[1]

IT IS SO ORDERED this 4th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

---

[1] *See* U.S.S.G 1.10(a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").